## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN J. BOWSER, DAVID B. BOWSER,   :   No. 729 MAL 2016
CARL E. BOWSER AND AMY B.   :
WHERLEY,   :
  :   Petition for Allowance of Appeal from
           Petitioner   :   the Order of the Superior Court
  :
  :
           v.   :
  :
  :
GEORGE L. BEBOUT AND PEGGY A.   :
BEBOUT, HIS WIFE,   :
  :
           Respondent   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.